IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-289-BO
No. 5:17-CV-489-BO

| | |
|---|---|
| GREGORY ALLEN TIGNOR, ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

This matter is before the Court on petitioner's notice of intent to file brief in support and request to stay proceedings. Also before the Court is petitioner's motion for extension of time to file and for copies.

The Court construes petitioner's filings as a request for extension of time to file a brief in support of his 28 U.S.C. § 2255 motion and in opposition to the government's motion to dismiss. The request for extension of time is GRANTED. Petitioner shall file his memorandum not later than February 9, 2018. As it appears from the docket that petitioner has requested copies from the Clerk of Court [DE 58], petitioner's request for copies is DENIED AS MOOT.

Accordingly, petitioner's motions [DE 56 & 57] are GRANTED IN PART and DENIED IN PART.

SO ORDERED, this 21 day of December, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE